1  P. Kristofer Strojnik, State Bar No. 242728
2  pstrojnik@strojniklaw.com
   **THE STROJNIK FIRM LLC**
3  Esplanade Center III, Suite 700
   2415 East Camelback Road
4  Phoenix, Arizona 85016
5  Telephone:  (602) 510-9409

6  Attorneys for Plaintiff THERESA BROOKE

7                    **UNITED STATES DISTRICT COURT**
8
                   **NORTHERN DISTRICT OF CALIFORNIA**
9

10  THERESA BROOKE, a married woman          Case No: 3:19-cv-6620
11  dealing with her sole and separate claim,
                                             **NOTICE OF VOLUNTARY**
12                 Plaintiff,                **DISMISSAL WITH PREJUDICE**
13
14  vs.
15
    LOK SEBASTOPOL HOTEL COMPANY
16  LLC,
17                 Defendant.

18
19       NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above
20  action with prejudice; each party to bear her/its own costs and attorneys' fees.
21
        RESPECTFULLY SUBMITTED this 30th day of December, 2019.
22
23
                                    /s/ Peter Kristofer Strojnik
24                                  Peter Kristofer Strojnik (242728)
                                    Attorneys for Plaintiff
25
26
27
28